David J. Jones and Elsa K. Jones, Appellants, v. Chicago Title and Trust Company, Appellee.

Gen. No. 43,311.

opinion filed May 20, 1947; released for publication June 9, 1947. Max Murdock, for appellants; Poppenhusen, Johnston, Thompson & Raymond, for appellee; Edward R. Johnston and Albert E. Jenner, Jr., of counsel. Opinion by Justice Friend. Not to be published in full.